IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:16-CR-00030-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>KEITH WAYNE WINN,  )<br>  )<br>  Defendant.  )<br>  ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 24].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 24] is **GRANTED**, and the Bill of Indictment filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, and the U.S. Probation Office.

**IT IS SO ORDERED.**

August 25, 2016.

Martin Reidinger
United States District Judge